SIGMUND SUSLAK, Appellant and Respondent, *v.* I. ROKEACH & SONS, INC., Respondent and Appellant.

Argued January 23, 1946; decided March 7, 1946.

*C. Dickerman Williams* and *Carl Rachlin* for plaintiff, appellant and respondent.

*David Sher, Martin D. Eile, Morton L. Deitch* and *Milton N. Socolof* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.